IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In Re: ) Chapter 7 Case
) Case No. B-12-24340-YUM-BMW
CRAIG MATTHEW GRABOWSKI, )
) TRUSTEE'S REPORT OF SALE
        Debtor. )
_____)

JIM D. SMITH, CHAPTER 7 TRUSTEE, reports as follows:

1. The Court entered an Order on April 22, 2013 authorizing the Trustee to sell the following described property of this Bankruptcy Estate:

       **2007 Bombardier 23' 7" Boat**
       **Arizona Watercraft No.: 4326BM**
       **Hull I.D. #CEC27134F707**

       **2008 Karav Boat Trailer**
       **VIN: 5KTBS262X8F179318**
       (Herein the "Boat & Trailer")

2. That on May 9, 2013 the Trustee concluded a Private Sale and sold the Boat & Trailer to: **John Rundle, for the sum of $17,500.00** and deposited the Sales Proceeds in the amount of $17,500.00 to the Bankruptcy Estate Banking Account.

3. That the Trustee delivered the signed Title to the Buyer.

4. That this Sale was concluded on May 9, 2013.

DATED: May 13, 2013

                                        /s/ Jim D. Smith
                                        Jim D. Smith