```
1  JIM D. SMITH
   ATTORNEY AT LAW
2  221 S. Second Avenue
   Yuma, Arizona  85364
3  (928) 783-7809
   Attorney No. 2661
4
   Attorney for Trustee
5
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 CASE |
|---|---|---|
|  | ) | Case No. B-12-24340-YUM-BMW |
| CRAIG MATTHEW GRABOSWKI, | ) |  |
|  | ) | TRUSTEE'S APPLICATION FOR |
|  | ) | REIMBURSEMENT OF |
| Debtor. | ) | ADMINISTRATIVE EXPENSES |
|  | ) | ($1,000 or Less - No Hearing) |

Jim D. Smith, Chapter 7 Trustee, makes Application for Reimbursement of Administrative Expenses incurred and paid by the Trustee in this Case and states as follows:

I.

That the Trustee has paid, from personal funds, expenses of this Bankruptcy Estate as follows:

| DATE | PAYEE & PURPOSE | AMOUNT |
|---|---|---|
| 2/15/13 | Yuma Marine (Boat Trailer lock) | $ 18.26 |
| 4/1/13 | Arizona Game & Fish (Boat Registration Transfer) | $ 39.00 |
| 5/20/13 | Craig Grabowski (Sales Assistance) | $500.00 |
|  | TOTAL......................................... | $557.26 |

## II.

That these expenses were reasonable and necessary in the Administration of this Case.

WHEREFORE, the Trustee prays that an Order be entered authorizing reimbursement to the Trustee in the amount of **$557.26** for Administrative Expenses paid by the Trustee.

DATED: June 3, 2013

/s/ Jim D. Smith
Jim D. Smith

F:\MyFiles\grabowski.craig.reimbursement.exps.motion.wpd