```
 1  JIM D. SMITH
    ATTORNEY AT LAW
 2  221 S. Second Avenue
    Yuma, Arizona  85364
 3  (928) 783-7809
    Attorney No. 2661
 4
    Attorney for Trustee
 5
 6
 7
 8                IN THE UNITED STATES BANKRUPTCY COURT
 9                    FOR THE DISTRICT OF ARIZONA
10  In Re:                        )       CHAPTER 7 CASE
                                  ) Case No. B-12-24340-YUM-BMW
11  CRAIG MATTHEW GRABOSWKI,      )
                                  ) ORDER AUTHORIZING REIMBURSEMENT
12                                )    OF ADMINISTRATIVE EXPENSES
                  Debtor.         )   ($1,000 or Less - No Hearing)
13  _____)
```

14    THIS MATTER came before the Court for consideration of the

15 "Trustee's Application for Reimbursement of Administrative Expenses"

16 and there being no objections and good cause appearing, it is,

17    **ORDERED, ADJUDGED AND DECREED:**

18    That payment of **$557.26** from Estate Funds to the Trustee, Jim

19 D. Smith, for reimbursement of expenses which the Trustee paid from

20 personal funds in this Case is approved.  Payment of this amount is

21 authorized at this time.

22    **DATED AND SIGNED ABOVE.**

26  F:\MyFiles\grabowski.craig.reimbursement.exps.motion.wpd