
```
JIM D. SMITH
ATTORNEY AT LAW
221 S. Second Avenue
Yuma, Arizona  85364
(928) 783-7809
Attorney No. 2661

Attorney for Trustee
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: ) | CHAPTER 7 CASE |
| ) | Case No. B-12-24340-YUM-BMW |
| CRAIG MATTHEW GRABOSWKI, ) | |
| ) | ORDER AUTHORIZING REIMBURSEMENT |
| ) | OF ADMINISTRATIVE EXPENSES |
| Debtor. ) | ($1,000 or Less - No Hearing) |
| ) | |

THIS MATTER came before the Court for consideration of the "Trustee's Application for Reimbursement of Administrative Expenses" and there being no objections and good cause appearing, it is,

**ORDERED, ADJUDGED AND DECREED:**

That payment of **$557.26** from Estate Funds to the Trustee, Jim D. Smith, for reimbursement of expenses which the Trustee paid from personal funds in this Case is approved. Payment of this amount is authorized at this time.

**DATED AND SIGNED ABOVE.**

F:\MyFiles\grabowski.craig.reimbursement.exps.motion.wpd